<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7498**

_____

FARRAKHAN BEY SYMBOL,

               Plaintiff - Appellant,

      v.

JOHN A. ROWLEY, Warden; MICHAEL STOUFFER, Commissioner; GARY
D. MAYNARD, Secretary; MARTIN O'MALLEY, Governor; M. J.
WILLIAM, Fiscal Accounts Clerk Manager; T. BEAL, Lieutenant;
RICHARD J. GRAHAM, JR., Assistant Warden; MARY L. LIVERS,
Ph.D.,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, Chief District
Judge.  (1:08-cv-01588-BEL)

_____

Submitted:  July 30, 2009        Decided:  August 3, 2009

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Farrakhan Bey Symbol, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Farrakhan Bey Symbol appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Symbol v. Rowley, No. 1:08-cv-0588-BEL (D. Md. June 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED